Pietro Micelli, Respondent, v. William Flanagan, Impleaded with Rocco Scocco, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

August Peschmanns, Appellant, v. George B. Hayes, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William L. Crow Construction Company, Respondent, v. A. Leopold Auerbach and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to the ordering of a reference by the trial judge if on the trial one should appear to be necessary. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Santi Amoroso Fruit Company, Respondent, v. Carnegie Trust Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Margaret C. Johnston, Respondent, v. Francis W. Johnston, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. .

Moritz Walter and Another, as Executors, etc., Respondents, v. Katherine G. Farrell, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Huguenot Trust Company, Respondent, v. Robert D. Ireland, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Michael J. Garvin.— In order to review the order appealed from it is necessary that all of the ballots that were marked as exhibits and were passed upon in the order appealed from should be submitted to the court. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Robert Nelson, Respondent, v. Edward DeV. Tompkins, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max S. Grifenhagen, as Sheriff of the County of New York, and Another, Respondents, v. Whilden & Hancock, New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.